IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL GARDNER,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0302

Opinion filed February 9, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Michael Gardner, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of habeas corpus is dismissed.  See Baker v. State, 878 So.

2d 1236 (Fla. 2004).

WOLF, ROWE, and BILBREY, JJ., CONCUR.